**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 669 MAL 2021

              Respondent              :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

              v.                    :

                           :

CHRISTOPHER ANTHONY TAYLOR,     :

                           :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.